IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WILLIAM ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-0071-TMH |
| ) | [WO] |
| ROBERT BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections (Doc. #15) filed on April 16, 2013 to the Recommendations of the Magistrate Judge are overruled;

2. The Recommendations of the Magistrate Judge (Doc. #13 &14) filed on April 3, 2013 are adopted;

3. The motion for preliminary injunction filed by the plaintiff (Doc. #3) is DENIED.

4. Plaintiff's challenges to the constitutionality of his conviction and/or sentence be DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time.

5. Defendants' Motion to Dismiss (Doc. No. 6) be GRANTED.

6. This case be DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this the 22nd day of May, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE